UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America<br><br>v.<br><br>Omar Ahmad,<br><br>*Defendant.* | : | **[Proposed] Order Modifying Bail**<br><br>26 Cr. 408 (JSR) |

On or about July 10, 2026, Defendant Omar Ahmad was released on bail conditions including "home detention" enforced by electronic monitoring. He now requests a modification of that condition pursuant to 18 U.S.C. § 3142(c)(3); specifically, he requests that the level of supervision be reduced from "home detention" to "curfew." The Pretrial Services Office consents to this modification, while the Government takes no position on the request. Given the consent of the Pretrial Services Office and Mr. Ahmad's compliance with the conditions of release, it is **HEREBY ORDERED** that Mr. Ahmad's bail conditions are modified from "home detention" enforced by electronic monitoring, to "curfew" enforced by electronic monitoring, with the curfew schedule to be set by the Pretrial Services Office.

DATED: September 24, 2026
New York, New York

Honorable Jed S. Rakoff
United States District Judge